# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| BRENDA PICKERN | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 4:19-cv-6632-KAW |
| QUALITY IT CONSULTANTS INC dba ZIGGYS PET GROOMING, ET AL. | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TSUCHIYA FAMILY TRUST - 508 HARRIET AVE APTOS, CA 95003
PENSON FAMILY TRUST - 508 HARRIET AVE APTOS, CA 95003
QUALITY IT CONSULTANTS INC - 205 Humboldt   St, San Rafael, CA 94901

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas E. Frankovich (SBN 074414),
Thomas E. Frankovich, APLC
1165 Hoff Way, #203
Orland, CA 95963
(T): 415-389-8600

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date:     10/17/2019

*Signature of Clerk or Deputy Clerk*