UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY IT CONSULTANTS INC, et al.,<br><br>    Defendants. | Case No. 19-cv-06632-SI<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD FOR QUALITY IT CONSULTANTS INC.**<br><br>Re: Dkt. No. 24 |

Counsel for defendant Quality IT Consultants Inc. ("Quality IT") filed this Motion to Withdraw as Counsel of Record. Defendant Quality IT's counsel seeks to withdraw as counsel of record after Quality IT failed to pay counsel pursuant to a fee agreement. On December 11, 2020, counsel for Quality IT told the Court that counsel has notified Quality IT about this pending motion by repeatedly calling Quality IT and sending Quality IT this motion and supporting papers.

**IT IS HEREBY ORDERED** that defendant's Motion to Withdraw as Counsel of Record is **GRANTED** as of February 12, 2021.

Defense counsel for Quality IT is **ORDERED** to notify Quality IT about this Court's order, Quality IT's requirement to obtain new counsel, and the consequences of Quality IT's failure to obtain new counsel by February 12, 2021. Defense counsel must notify Quality IT through email *and* mail by December 18, 2020. Defense counsel must inform the Court of its notification to Quality IT.

**IT IS SO ORDERED**.

Dated: December 12, 2021.

_____
SUSAN ILLSTON
United States District Judge