UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY IT CONSULTANTS INC, et al.,<br><br>    Defendants. | Case No. 19-cv-06632-SI<br><br>**ORDER TO SHOW CAUSE RE: DISMISSAL FOR FAILURE TO PROSECUTE** |

This ADA action was filed on October 16, 2019. It was reassigned to this Court on November 17, 2019. One set of defendants (the Tsuchiya Family Trust) answered on November 22, 2019. Default was entered against the other defendant, Quality IT Consultants Inc., on January 23, 2020 and was set as by stipulation on January 28, 2020. Defendant Quality IT's counsel sought to withdraw as counsel of record, and was allowed to do so by order dated December 11, 2020.

Nothing has been filed in this case since. The initial Scheduling Order pursuant to General Order 56, issued on October 17, 2019, has not been altered. As far as the Court knows, none of the events ordered on the schedule has taken place. No notice of need for mediation (due March 12, 2020) was ever filed.

Accordingly, plaintiff Pickern is **ORDERED TO SHOW CAUSE, in a writing to be filed no later than September 24, 2021,** why this action should not be dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED**.

Dated: September 8, 2021

SUSAN ILLSTON
United States District Judge