UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>  v.<br><br>QUALITY IT CONSULTANTS INC, *et al.*,<br><br>    Defendants. | Case No. 19-cv-06632-SI<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On September 8, 2021, the Court issued an order directing plaintiff to show cause no later than September 24, 2021, why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff has not filed a response to that order. Accordingly, pursuant to Federal Rule of Civil Procedure 41(b) this case is DISMISSED WITHOUT PREJUDICE.

**IT IS SO ORDERED**.

Dated: November 16, 2021

SUSAN ILLSTON
United States District Judge