UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>    Plaintiff,<br><br>    v.<br><br>QUALITY IT CONSULTANTS INC, *et al.*,<br><br>    Defendants. | Case No. 19-cv-06632-SI<br><br>**JUDGMENT** |

This case has been dismissed without prejudice for failure to prosecute. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 16, 2021

                              SUSAN ILLSTON
                              United States District Judge